1  Jason A. Geller [SBN 168149]
        Email: jgeller@laborlawyers.com
2  Annie Lau [SBN 302438]
        Email:  alau@laborlawyers.com
3  FISHER & PHILLIPS LLP
   One Embarcadero Center, Suite 2050
4  San Francisco, CA 94111
   Tel:  (415) 490-9000
5  Fax:  (415) 490-9001

6  Attorneys for Defendant
   FLORIDA INSTITUTE OF TECHNOLOGY, INC.
7
   Matthew R. Eason
8        Email: matthew@capcitylaw.com
   EASON & TAMBORNINI
9  1819 K Street, Suite 200
   Sacramento, CA 95811
10 Tel: (916) 438-1819
   Fax: (916) 438-1820
11
   Attorneys for Plaintiff
12 DEIRDRE L. FITZPATRICK

13

14            **THE UNITED STATES DISTRICT COURT**

15         **FOR THE EASTERN DISTRICT OF CALIFORNIA**

16                    **SACRAMENTO DIVISION**

17

| | |
|---|---|
| 18  DEIRDRE L. FITZGERALD, | **Case No.  2:15-cv-01633-MCE** |
| 19                  Plaintiff, | (*Removed from Sacramento County Superior Court Case No. 34-2015-00180436*) |
| 20           vs. | |
| 21  FLORIDA INSTITUTE OF TECHNOLOGY, INC., and Does 1-10 | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER** |
| 22           Defendants. | Removal Date:    July 31, 2015 |
| 23 | Trial Date:       TBD |

24

25      IT  IS  HEREBY  STIPULATED  between  Plaintiff  DEIRDRE  FITZGERALD  and

26 Defendant FLORIDA INSTITUTE OF TECHNOLOGY, INC. by and through their respective

27 attorneys of record, that the above-referenced action be DISMISSED WITH PREJUDICE as to all

28
                                      1

parties pursuant to Federal Rule of Civil Procedure 41(a)(1).  The parties further stipulate that each

party shall bear their own costs, including attorneys' fees.

**IT IS SO STIPULATED.**

Dated:  May 23, 2016                         FISHER & PHILLIPS LLP

By:     */s/ Annie Lau*
        Jason A. Geller
        Annie Lau
        Attorneys for Defendant
        FLORIDA INSTITUTE OF TECHNOLOGY, INC.

Dated:  May 23, 2016                         EASON & TAMBORNINI

By:     */s/ Matthew Eason*
        Matthew Eason
        Attorneys for Plaintiff
        DEIRDRE L. FITZPATRICK

**<u>ORDER</u>**

Good cause appearing, the above-referenced action is hereby DISMISSED WITH

PREJUDICE as to all parties pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each party

shall bear their own costs, including attorneys' fees.

IT IS SO ORDERED.

Dated:  May 26, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER

FPDOCS 31720002.1